■ MICHAEL D. LUCARIELLO, Respondent, v CLAYTON D. MASONRY CONTRACTING, INC., Appellant, et al., Defendant.—Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with the following memorandum: Special Term erred by not dismissing plaintiff's cause of action for intentional tort, as well as plaintiff's claim for punitive damages. Plaintiff's complaint alleging breach of contract does not allege a breach of a duty separate and distinct from the breach of contract; therefore, the cause of action in tort should be dismissed *(Charles v Onondaga Community Coll.,* 69 AD2d 144, 148, *appeal dismissed* 48 NY2d 650; *see also, Wegman v Dairylea Coop.,* 50 AD2d 108, 112, *lv dismissed* 38 NY2d 918). Further, plaintiff's claim for punitive damages should be dismissed because punitive damages cannot be recovered in an action for breach of contract *(Carney v Memorial Hosp. & Nursing Home,* 101 AD2d 990, 991, *mod on other grounds* 64 NY2d 770; *Charles v Onondaga Community Coll., supra,* p 149). (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.